IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **JUAN DIAZ**, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>**CARNEGIE VALET CLEANING CORP.**, **CARNEGIE LINEN SERVICES, INC.**, **CARNEGIE HOTEL CLEANERS LTD.**, **DANIELLE UNIFORM MAINTENANCE INC.**, New York corporations; and **GARY PERLSON** and **ERIC SCHWEITZER**, individuals,<br><br>    Defendants. | Docket No.: 1:17-cv-6402<br>Hon. Katharine H. Parker, USMJ |

## DECLARATION OF PATRICK S. ALMONRODE

I, **PATRICK S. ALMONRODE**, declare as follows:

1.  I am over 18 years of age. I have personal knowledge of the matters stated herein. If called upon to testify before this Court, I would and could do so.

2.  I have worked as an Associate for the JTB Law Group, LLC from February 2015 through the present. I have been the lead attorney for day to day matters related to this action from its inception.

3.  Throughout this action, Plaintiff's counsel has worked without compensation, on a contingency basis.

4.  The Parties to this action have concluded a settlement agreement (the "Agreement"), a true and correct copy of which is attached hereto as **Exhibit A**.

5.      Consistent with the Agreement, Plaintiff Juan Diaz and JTB Law Group have agreed that of the $45,000 settlement amount, JTB Law Group is entitled to $16,628.37 for attorneys' fees and reimbursement of litigation costs.

6.      Attached hereto as **Exhibit B** is a true and correct copy of the damages model developed by Plaintiff's counsel, showing estimated damages (actual, liquidated, and statutory) estimated at $138,206.00, excluding attorneys' fees and costs.

7.      Attached hereto as **Exhibit C** is a true and correct copy of the JTB Law Group's time and expense records for this matter. As set forth therein, the JTB Law Group has expended 116.8 hours litigating this case, after the exercise of billing judgment, and has advanced $1,628.37 in expenses.

8.      I have been the primary timekeeper for the JTB Law Group on this matter. I obtained my J.D. *cum laude* from the Fordham University School of Law in 2004, and am admitted to practice in New York State and the Eastern and Southern Districts of New York. Before joining the JTB Law Group, I worked as an Associate in the firms of Kronish Lieb Weiner and Helman (now Cooley Godward Kronish) and Patterson Belknap Webb & Tyler, and as a Staff Attorney at the non-profit law firm Children's Rights. I also served for one year as a Law Clerk to the Hon. Barbara S. Jones, USDJ (S.D.N.Y.), who is now in private practice.

9.      As an Associate for the JTB Law Group, I currently serve or have served as counsel of record on at least the following twenty-four FLSA cases:

   a. *Flores v. Texcale Inc.*, *et al.*, 1:15 CV 01846 (S.D.N.Y.);
   b. *Velasquez v. SAFI-G Inc.*, 1:15-cv-03068 (S.D.N.Y.);
   c. *Lopez v. Millennium Car Wash et al.*, 2:14-cv-01709 (E.D.N.Y.);
   d. *Cardona v. Restaurante El Gran Conquistador*, 7:15-cv-03943 (S.D.N.Y.)
   e. *Drummond et al v. Hartford Financial Services Group, Inc. et al.*, 3:14-cv-01837 (D. Conn.);

    f.   *North v. ATCO Structures & Logistics (USA) Inc.*, 4:15-cv-01417 (S.D. Tex.);

    g.  *Guevara v. Washington Street Ale House, et al.*, 1:15-cv-00409 (D. Del.);

    h.  *Padilla v. Sheldon Rabin, M.D., P.C., et al.*, 1:15-cv-01708 (S.D.N.Y.);

    i.   *Castillo Ontiveros v. Khowaja, et al.*, 1:15-cv-05336 (N.D. Ill.);

    j.   *Yunda v. SAFI-G Inc., et al.*, 1:15-cv-00861 (S.D.N.Y.);

    k.  *Magdaleno Soriano v. Krish-R, Inc., et al.*, 2:15-cv-00873 (M.D. Ala.);

    l.   *Taylor v. DPB Development, Inc., et al.*, 1:16-cv-00037 (W.D.N.C.);

    m. *Ramos v. Petco*, 4:16-cv-00767 (S.D. Tex);

    n.  *Maturin, et al. v. Nature Works, et al.*, 6:16-cv-00715 (W.D. La.);

    o.  *Rivera Castillo et al. v. Total Development et al.*, 1:16-cv-02151 (D. Colo.);

    p.  *Waller et al. v. Capstone Logistics, LLC*, 4:16-cv-00064 (W.D.V.A.);

    q.  *Gonzalez et al. v. Stallone & DeMeglio, LLC et al.*, 7:16-cv-09450 (S.D.N.Y.);

    r.   *Lima et al v. Jonmaros Food Corp. et al.*, 7:17-cv-00617 (S.D.N.Y.);

    s.   *Inneo v. Blue Peach Café, et al.*, 3:17-cv-00608 (D. N.J.);

    t.   *Allen v. A.R.E.B.A-Casriel, Inc., et al.*, 1:17-cv-00764 (S.D.N.Y.);

    u.  *Ramirez v. K&T Meats, et al.*, 1:15-cv-05657 (E.D.N.Y.);

    v.  *Ward v. Senior Care Centers, LLC*, 5:17-cv-00422 (W.D. Tex.);

    w. *Search and Rose v. Material Transport, et al.*, 4:18-cv-01941 (D. S.C.); and

    x.   *Travers v. Reliant Realty Services, et al.*, 1:18-cv-01903 (S.D.N.Y.).

10. My work on the instant matter included, but was not limited to:

    a.  interviewing Plaintiff and investigating his claims[1];

    b.  drafting the complaint;

    c.  attending court conferences;

    d.  propounding discovery requests, and responding to Defendants' discovery requests;

    e.  developing Plaintiff's damages model;

    f.   taking the deposition of Defendant Eric Schweitzer;

    g.  briefing Plaintiff's motion for conditional certification;

    h.  conducting Court-ordered mediation on behalf of Plaintiff; and

    i.   negotiating the Agreement with defense counsel.

---

[1] I am fluent in Spanish.

11. Attached hereto as **Exhibit D** is the Firm Biography of the JTB Law Group, LLC, which details the qualifications and experience of the other timekeepers for this matter.

12. The Agreement in this matter was negotiated at arm's length, through in-person meetings and several email exchanges of drafts with Defendants' counsel.

13. The Agreement is not tainted by fraud or collusion.

14. I declare under penalty of perjury that the foregoing statements are true and accurate.

Date: August 3, 2018

_____
Patrick S. Almonrode